ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  T:  (213) 894-6165  F: (213) 894-0115
  Daniel.Layton@usdoj.gov
Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV12-9559-JFW (FMOx) |
| Plaintiff, ) | Final Judgment Upon Complaint to Recover Erroneous Tax Refund |
| vs. ) | |
| PETER MA, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, based on the Stipulation for Final Judgment Upon Complaint to Recover Erroneous Tax Refund, and good cause appearing thereon, that judgment is entered in favor of plaintiff United States of America and against defendant Peter Ma in the principal sum of $118,218.00 (the amount of the 2006 federal income tax refund erroneously issued to defendant Peter Ma), plus statutory interest of $10,588.01 accrued through July 1, 2013, plus interest accruing under 26 U.S.C. § 6602 at the rate set forth in 26 U.S.C. § 6621 after July 1, 2013, until the principal sum is paid in full.

///

///

This order shall constitute the final judgment in this action. Defendant has waived his right to appeal this judgment. The Court shall retain jurisdiction over defendant and this matter for the purpose of enforcement of this judgment.

**IT IS SO ORDERED.**

DATED: July 26, 2013

                                 HON. JOHN F. WALTER
                                 United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Asst. U.S. Attorney
Chief, Tax Division

DANIEL LAYTON
Asst. U.S. Attorney
Attorneys for the United States